# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TERRY CRANDALL MINCEY,

v.

USA,

JUDGMENT IN A CIVIL CASE

CASE NO: 1:04-CV-06373-REC

1:97-cr-5266 REC

**XX** — **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 6/3/05

Jack L. Wagner
Clerk of the Court

ENTERED:  **June 3, 2005**

by: /s/ — C. Sanchez
Deputy Clerk

```
MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@caed.uscourts.gov
Bcc:
Message-Id:<451487@caed.uscourts.gov>
Subject:Activity in Case 1:04-cv-06373-REC (HC) Mincey v. CR-F-97-5266 REC
```

\"Clerk's Judgment\" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Eastern District of California - Live System

Notice of Electronic Filing

The following transaction was received from Sanchez, C entered on 6/3/2005 at 8:32 AM PDT and filed on 6/3/2005
**Case Name:**        (HC) Mincey v. CR-F-97-5266 REC
**Case Number:**      1:04-cv-6373
**Filer:**
**WARNING: CASE CLOSED on 06/03/2005**
**Document Number:** 2

**Docket Text:**
CLERK'S JUDGMENT dated *6/3/05* in favor of Respondent against Petitioner pursuant to order (Sanchez, C)

The following document(s) are associated with this transaction:

**1:04-cv-6373 Notice will be electronically mailed to:**

Mark Eugene Cullers    mark.cullers@usdoj.gov, nora.mcbride@usdoj.gov,fresno.ecf@usdoj.gov

**1:04-cv-6373 Notice will be delivered by other means to:**
Terry Crandall Mincey
98792-011
Taft Correctional Institution
1500 Cadet Road
Taft CA 93268