IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CRANDALL MINCEY,<br><br>                Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | No. CV-F-04-6373 REC<br>(No. CR-F-97-5266 REC)<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

The court hereby declines to issue a certificate of appealability in connection with the claims raised in petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right with respect to these claims.

IT IS SO ORDERED.

**Dated:  January 19, 2006**                    **/s/ Robert E. Coyle**
668554                                           UNITED STATES DISTRICT JUDGE

1